# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROOSEVELT LAMAR BRADLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | **2:19-cv-00662-WKW-SRW** |
| | ) | |
| **HOME DEPOT U.S.A., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff, Roosevelt Lamar Bradley ("Plaintiff"), and

Defendant, Home Depot U.S.A., Inc. ("Defendant"), by and through his and its

undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) *Fed. R. Civ. P.*, hereby

file this Joint Stipulation of Dismissal of this action with prejudice and states as

grounds:

1. Plaintiff and Defendant have resolved this matter;

2. There is no compelling reason for the case to continue in the parties' view.

**WHEREFORE**, premises considered, the parties hereby file this Joint

Stipulation of Dismissal of this action with prejudice. Each party shall bear their

own costs.

Respectfully Submitted, this the 15th day of June 2020.

1

*/s/ Cassie E. Taylor*
**Cassie E. Taylor**
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-819-4030
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

*/s/ Michael J. Chilleen (with express permission)*
**Michael J. Chilleen**
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive
10th Floor
Costa Mesa, California 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130
Email: mchilleen@sheppardmullin.com
*Counsel for Defendant*